UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES DISTRICT COURT
FILED
OCT 17 2026
ANDREW W. MOELLER, CLERK
WESTERN DISTRICT OF NY

UNITED STATES OF AMERICA,

v.

JERRY ANTONIO BAINE,

Defendant.

25-CR-242(5)LJV-MJR
DECISION & ORDER

1. On September 17, 2026, the defendant, Jerry Antonio Baine, pleaded guilty to Count 1 of the superseding information charging a violation of Title 18, United States Code, Sections 371, 922(a)(1)(A), 923(a) and 924(a)(1)(D) (conspiracy to engage in the firearms business without a license). Docket Item 91

2. United States Magistrate Judge Michael J. Roemer filed a Report & Recommendation recommending that the defendant's plea of guilty be accepted and that the defendant be adjudged guilty. Docket Item 93.

3. This Court has not received objections to the Report & Recommendation in accordance with Title 28, United States Code, Section 636(b)(1), and Rule 59(b) of the Federal Rules of Criminal Procedure, and the time to object now has expired.

4. This Court has carefully reviewed *de novo* Judge Roemer's Report & Recommendation (Docket Item 93), the plea agreement (Docket Item 91), the superseding information (Docket Item 90), a transcript of the plea proceeding (Docket Item 104), and the applicable law. This Court finds no legal or factual error in Judge Roemer's Report & Recommendation and therefore adopts Judge Roemer's

recommendation that the defendant's plea of guilty be accepted and that the defendant be adjudged guilty of count 1 of the superseding information.

IT IS HEREBY ORDERED that this Court adopts Judge Roemer's Report & Recommendation, Docket Item 93, in its entirety, including the authorities cited and the reasons given therein, and it is further

ORDERED that the Court accepts the defendant's plea of guilty and defers acceptance of the plea agreement pursuant to Sentencing Guidelines Section 6B1.1(c), and the defendant, Jerry Antonio Baine is now adjudged guilty under Title 18, United States Code, Sections 371, 922(a)(1)(A), 923(a) and 924(a)(1)(D).

SO ORDERED.

Dated: October 17, 2026
Buffalo, New York

LAWRENCE J. VILARDO
UNITED STATES DISTRICT JUDGE